UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23-CR-85 (SRU) |
| v. | VIOLATION: |
| JOSEPH WILK, JR. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine) |

MAY 31 2023 PM 5:23
FILED - USDC - BPT - CT

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine)

1.  From in or about 2021 through in or about December 2022, the exact dates being unknown to the United States Attorney, in the District of Connecticut and elsewhere, the defendant, JOSEPH WILK, JR., and others known and unknown to the United States Attorney, did knowingly and intentionally conspire together and with one another to distribute and to possess with intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### FORFEITURE ALLEGATION
(Controlled Substance Offense)

2.  Upon conviction of the controlled substance offense alleged in Count One of this Information, the defendant JOSEPH WILK, JR., shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any

manner or part, to commit or to facilitate the commission of the violation and a sum of money equal to the total amount of proceeds obtained as a result of the offense, including but not limited to the following: $1,740.00 in U.S. currency, a Titan brand .25 caliber pistol bearing serial number 263735, and a Colt Mustang handgun bearing serial number PL27558, all seized on or about December 8, 2022.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 and 881, and Rule 32.2(a) of the Federal Rules of Criminal Procedure

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Jocelyn Courtney Kaoutzanis*
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY